

**Office of General Counsel**
**Robert T. Reilly**
*General Counsel*

| Albany | New York |
|---|---|
| **Jennifer N. Coffey** | **Claude I. Hersh** |
| *Associate General Counsel* | *Assistant General Counsel* |
| **Michael S. Travinski** | **Lena M. Ackerman** |
| *Associate General Counsel* | *Associate General Counsel* |

August 28, 2018

*VIA ECF*

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Mushtaq Ahmad v. New York City Department of Education, et al.
      Civil Action No. 18-CV-03494(WFK)(LB)
      Our Case No. 263218-F100

Dear Judge Kuntz:

Please be advised that this office represents defendants United Federation of Teachers and New York State United Teachers (collectively "Union Defendants") in the above-referenced matter. This letter is submitted in support of the letter submitted by defendants New York City Department of Education ("DOE") and Carmen Fariña, the former Chancellor of the DOE, collectively ("City Defendants") which requested that City Defendants time to respond to the complaint be extended from August 30, 2018 to October 15, 2018 (Dkt. No. 15). Union Defendants respectfully request that their time to respond to the complaint be extended accordingly as well. No previous request for an extension of time has been made by Union Defendants.

Thank you very much for your consideration in this request.

Respectfully submitted,

ROBERT T. REILLY

By: *Michael Del Piano*
Michael J. Del Piano
Of Counsel

MJD/cs

c:      Mushtaq Ahmad (via ECF and First Class Mail)
*Plaintiff Pro Se*
10 Parliament Drive
New City, New York 10956

Brittany J. Finder (via ECF)
Assistant Corporation Counsel
New York City Law Department
*Attorney for City Defendants*
100 Church Street
New York, New York 10007