USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Mushtaq Ahmad | COURT CASE NUMBER: 1: 18-CV-3494 (WFK)(LB) |
| DEFENDANT: New York City Department of Education; et. al. | TYPE OF PROCESS: Order, Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Katherine G. Rodi, Director of the Office of Employee Relations (OPI)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
65 Court Street, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mushtaq Ahmad
10 Parliament Drive
New City, NY 10956

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 13    #11
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 24 2018 ★
BROOKLYN OFFICE

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (718) 613-2610
DATE: 7/20/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No. 53
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk
Date: 7/25/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Betty Mazyck, Service Window Clerk

Address (complete only different than shown above):
The City of NY, Office of the City Corporation Counsel, Law Department
100 Church Street, NY, NY 10007

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 9/14/2018
Time: 10:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: J. Mooney 3002Y

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $5.40 | — | $135.40 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00