

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRITTANY J. FINDER
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-0890
bfinder@law.nyc.gov

March 15, 2019

**BY FIRST CLASS MAIL**
Mushtaq Ahmad
Plaintiff *Pro Se*
10 Parliament Drive
New City, NY 10956

Re: *Mushtaq Ahmad v. New York City Department of Education et al.*
No. 18-CV-03494 (WFK) (LB)

Dear Mr. Ahmad:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education ("DOE"), Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley (collectively, "DOE Defendants"), in the above-referenced matter.

    Please find enclosed copies of DOE Defendants' (1) Notice of Motion; (2) Local Rule 12.1 Notice to Pro Se Plaintiff; (3) Declaration of Assistant Corporation Counsel Brittany J. Finder in Support of DOE Defendants' Motion to Dismiss the Complaint and annexed exhibits; (4) Memorandum of Law in Support of DOE Defendants' Motion to Dismiss the Complaint; and (5) copies of unpublished cases cited in DOE Defendants' memorandum.

    If you have any questions, please direct them to the Pro Se Office.

Sincerely,

Brittany J. Finder
*Assistant Corporation Counsel*

cc: Michael J. Del Piano (by First Class Mail) (without copies of unpublished cases)
Office of General Counsel
New York State United Teachers
Attorney for UFT and NYSUT
52 Broadway, 9th Floor
New York, New York 10004
mdelpian@nysutmail.org