

**Office of General Counsel**
**ROBERT T. REILLY**
*General Counsel*

| Albany | Buffalo | New York |

**Jennifer N. Coffey**  **Lena M. Ackerman**
*Associate General Counsel*  *Assistant General Counsel*

**Michael S. Travinski**  **Jennifer A. Hogan**
*Associate General Counsel*  *Associate General Counsel*

July 7, 2020

*By ECF and Express Mail*

Honorable William F. Kuntz, II
United States District Court Judge
c/o Mr. Andrew Jackson
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Mushtaq Ahmad v. New York City Department of Education, et al.
             Civil Action No. 18-CV-03494 (WFK)(LB)
             Our Case No. 263218-F100

Dear Mr. Jackson:

    This office represents the United Federation of Teachers and New York State United Teachers (collectively "Union Defendants") in the above-referenced *pro se* matter. In accordance with the Individual Motion Practices and Rules of Judge William F. Kuntz, II, Rule III(G), enclosed are courtesy copies of the following documents filed on the ECF system:

- Dkt. 57 Union Defendants' Notice of Motion to Dismiss the Complaint;

- Dkt. 58 Declaration of Michael J. Del Piano in Support of Union Defendants' Motion to Dismiss the Complaint;

- Dkt. 59 Memorandum of Law in Support of Union Defendants' Motion to Dismiss the Complaint;

- Dkt. 60 Certificate of Service of Union Defendants' Motion to Dismiss the Complaint; and

- Dkt. 61 Reply in Support of Union Defendants' Motion to Dismiss the Complaint.

Thank you very much for your consideration.

                                                 Respectfully submitted,

                                                 ROBERT T. REILLY

                                    By:   /s/ Michael J. Del Piano
                                                 Michael J. Del Piano
                                                 Of Counsel

MJD/hs

c:     Honorable Lois Bloom (By ECF)
       United States Magistrate Judge
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201

       Mushtaq Ahmad (by 1st Class Mail)
       *Plaintiff Pro Se*
       10 Parliament Drive
       New City, New York 10956

       Brittany J. Finder, Esq. (by e-mail bfinder@law.nyc.gov)
       New York City Law Department
       *Attorneys for DOE Defendants*
       100 Church Street, Room 2-315
       New York, New York 10007