

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRITTANY J. FINDER<br>Labor and Employment Law Division<br>phone: (212) 356-0890<br>fax: (212) 356-2439<br>email: bfinder@law.nyc.gov |
|---|---|---|

July 7, 2020

**Via First-Class Mail**
Mushtaq Ahmad
Plaintiff *Pro Se*
10 Parliament Drive
New City, New York 10956

        Re:   Mushtaq Ahmad v. New York City Department of Education et al.
                Civil Action No.: 18-CV-03494 (WFK) (LB)
                Law Dept. No.: 2018-060388

Dear Mr. Ahmad:

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education ("DOE"), former Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley (collectively, "DOE Defendants"), in the above-referenced *pro se* matter. Enclosed please find a copy of DOE Defendants' Reply in Further Support of Their Unopposed Motion to Dismiss the Complaint (Docket Entry No. 56). Please also find a copy of the cover letter enclosed with the Courtesy Copies mailed to Chambers on July 7, 2020.

        If you have any questions, please direct them to the *Pro Se* Office.

                                    Sincerely,

                                    /s/
                                    Brittany J. Finder
                                    Assistant Corporation Counsel

cc:    Michael J. Del Piano (by ECF) (without enclosures)
        New York State United Teachers Office of General Counsel
        Attorney for Defendants United Federation of Teachers and
         New York State United Teachers-NYSUT
        52 Broadway 9th Floor
        New York, New York 10004



| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **BRITTANY J. FINDER** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Labor and Employment Law Division<br>phone: (212) 356-0890<br>fax: (212) 356-2439<br>email: bfinder@law.nyc.gov |

July 7, 2020

**Via ECF**
Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Mushtaq Ahmad v. New York City Department of Education et al.
              Civil Action No.: 18-CV-03494 (WFK) (LB)
              Law Dept. No.: 2018-060388

Dear Judge Kuntz:

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education ("DOE"), former Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley (collectively, "DOE Defendants"), in the above-referenced *pro se* matter. I write concerning a motion to dismiss which DOE Defendants served on the *Pro Se* Plaintiff.

        On March 15, 2019, in accord with the briefing schedule approved by the Court on January 14, 2019, and the Court's Bundling Rule, DOE Defendants served the *Pro Se* Plaintiff, at the postal address he designated, with DOE Defendants' (1) Notice of Motion; (2) Local Rule l2.1 Notice to *Pro Se* Plaintiff; (3) Declaration of Assistant Corporation Counsel Brittany J. Finder in Support of DOE Defendants' Motion to Dismiss the Complaint and annexed exhibits; (4) Memorandum of Law in Support of DOE Defendants' Motion to Dismiss the Complaint; and (5) copies of the unpublished cases cited in DOE Defendants' memorandum. *See* Docket Entry No. 35.

        In accord with the Court's Order of March 26, 2020, Plaintiff was to serve his opposition to DOE Defendants' motion by June 26, 2020. As of this date, DOE Defendants have not received any opposition papers. Consequently, DOE Defendants have filed an unopposed motion to dismiss.

- 2 -

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Brittany J. Finder
Assistant Corporation Counsel

cc: Mushtaq Ahmad (by ECF and First Class Mail)
Plaintiff *Pro Se*
10 Parliament Drive
New City, New York 10956

Michael J. Del Piano (by ECF)
New York State United Teachers Office of General Counsel
Attorney for Defendants United Federation of Teachers and
  New York State United Teachers-NYSUT
52 Broadway 9th Floor
New York, New York 10004



| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRITTANY J. FINDER**<br>Labor and Employment Law Division<br>phone: (212) 356-0890<br>fax: (212) 356-2439<br>email: bfinder@law.nyc.gov |

July 7, 2020

**Via Overnight Mail**
Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Mushtaq Ahmad v. New York City Department of Education et al.
             Civil Action No.: 18-CV-03494 (WFK) (LB)
             Law Dept. No.: 2018-060388

Dear Judge Kuntz:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education ("DOE"), former Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley (collectively, "DOE Defendants"), in the above-referenced *pro se* matter.  In accord with Your Honor's Individual Motion Practices and Rules, I write to submit Courtesy Copies of the following motion papers, filed via ECF on July 7, 2020:

    (1) Notice of Motion and Local Rule l2.l Notice to *Pro Se* Plaintiff (Docket Entry No. 53);

    (2) Declaration of Assistant Corporation Counsel Brittany J. Finder in Support of DOE Defendants' Motion to Dismiss the Complaint and annexed Exhibits A, B, and C (Docket Entry No. 54);

    (3) Memorandum of Law in Support of DOE Defendants' Motion to Dismiss the Complaint (Docket Entry No. 55); and

    (4) Reply in Further Support of DOE Defendants' Unopposed Motion to Dismiss the Complaint (Docket Entry No. 56)

- 2 -

I thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                   /s/
                                                   Brittany J. Finder
                                                   Assistant Corporation Counsel

cc:      Mushtaq Ahmad (by First Class Mail) (without enclosures)
         Plaintiff *Pro Se*
         10 Parliament Drive
         New City, New York 10956

         Michael J. Del Piano (by E-Mail) (without enclosures)
         New York State United Teachers Office of General Counsel
         Attorney for Defendants United Federation of Teachers and
           New York State United Teachers-NYSUT
         52 Broadway 9th Floor
         New York, New York 10004