**MUSHTAQ AHMAD**
10 Parliament Drive, New City, NY 10956
(845)708-5837  Email: nymushtaq@gmail.com



Date: July 20, 2020

VIA U.S. MAIL

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Ahmad V. New York City Department of Education, et al.,
      Docket No.: 18 CV 03494(WFK)(LB)

Dear Judge Kuntz:

    I, ill and injured pro se Plaintiff, write in opposition to Defendants' July 07, 2020 submissions through which they requested the Court to dismiss the Plaintiff's complaint as unopposed and grant their motions.

    I, ill and injured pro se Plaintiff, respectfully request the Court not to dismiss the complaint because the Defendants are trying to take advantage of my sufferings from chronic health issues and motor vehicle accident injuries, which have significantly hampered my ability to effectively prosecute this case and have been preventing me from preparing and submitting the memorandum in opposition to Defendants' Rule 12 motion to dismiss. To update the Court about my health issues and car accident injuries attached hereto are:

1. Doctor's letter dated July 16, 2020.
2. Doctor's letter dated July 07, 2020.
3. Doctor's letter dated June 29, 2020.
4. Physical Therapist's letter dated July 17, 2020.
5. Physical Therapist's letter dated July 9, 2020.
6. Physical Therapist's letter dated June 30, 2020.



    I, the ill and injured Pro Se Plaintiff has an appointment with a specialist on July 28, 2020, and with his primary care doctor on July 30, 2020. Additionally, I have been referred to a Neurologist and Orthopedics.

WHEREFORE, in light of the Pro Se Plaintiff's chronic health issues and motor vehicle accident injuries, which have significantly hampered his ability to effectively prosecute this case and have been preventing him from preparing and submitting the memorandum in opposition to Defendants' Rule 12 motion to dismiss, the ill and injured pro se Plaintiff hereby respectfully requests that Court not to dismiss this case until the Plaintiff recovers from illness and injuries to prosecute, or in the alternative, finds a counsel to prosecute this case.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

Mushtaq Ahmad (Plaintiff Pro Se)

Note: The Court is also respectfully requested <u>not</u> to put my medical record on the docket for public view.

From
Mushtaq Ahmad
10 Parliament Drive
New City, NY 10956

To: Pro Se Office
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

USMS