Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue, New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MUSHTAQ AHMAD,

                         Plaintiff,

– v –

NEW YORK CITY DEPARTMENT OF EDUCATION (DOE); UNITED FEDERATION OF TEACHERS (UFT); NEW YORK STATE UNITED TEACHERS (NYSUT); CARMEN FARIÑA, the Chancellor of the NYCDOE, in her official capacity; MICHAEL PRAYOR, Superintendent of the Brooklyn Schools in District 73, in his individual and official capacity; JAMES OLEARCHIK, the Principal of the School of Democracy and Leadership (SDL), in his individual and official capacity; EMILIE MITTIGA, Assistant Principal of SDL, in her individual and official capacity; CATRINA WILLIAMS, Assistant Principal of SDL, in her individual and official capacity; CEDRIC HALL, the Principal of the Eagle Academy for Young Men III (29Q327) Queens, in his official capacity; BENJAMIN GROSSMAN, the Principal of Bronx Academy for Software Engineering (BASE) Bronx, in his official capacity; KATHERINE G. RODI, Director of DOE's Office of Employee Relations, in her official and individual capacity; KELLY HOUSTON, Science Chairperson/Teacher of SDL, in her official and individual capacity; JULIA FINDLEY, Teacher and a Delegate to UFT or NYSUT Delegate Assembly, in her individual and official capacity; JOHN DOES 1-3; and JANE DOES 1-3,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 18-CV-03494-WFK-LB

       I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, New York City

Department of Education ("DOE"), Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley ("DOE Defendants"), in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for DOE Defendants.

The Office of the Corporation Counsel has represented DOE Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 69. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of DOE Defendants on August 27, 2018, and November 29, 2018. *See* ECF Nos. 14, 41. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent DOE Defendants in this matter.

This action is currently stayed pending Plaintiff's filing of an amended complaint. The termination of my appearance will not affect the posture of this action before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
     May 5, 2021

EPSTEIN BECKER & GREEN, P.C.

By: /s/_____
Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

**SO ORDERED**　　　　　　　　　　Dated: May ___, 2021

_____