FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★  OCT 07 2021  ★
BROOKLYN OFFICE

# MUSHTAQ AHMAD
10 Parliament Drive, New City, NY 10956
(845)708-5837   Email: nymushtaq@gmail.com

Date: June 10, 2021

**VIA U.S. MAIL**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Ahmad V. New York City Department of Education, et al.
       Docket No.: 18 CV 03494(WFK)(LB)

Dear Judge Kuntz:

During my slow recovery from shoulder surgery, Mr. Nicholas Green, Assistant Corporation Counsel for Defendant New York City Department of Education, and I, the Pro Se Plaintiff, are involved in discussion about a resolution/settlement outside the court. During the last telephone conversation, Mr. Green stated that he needed more time to hear back from his client NYC DOE.

WHEREFORE, to allow the parties involved to continue settlement discussion, it is respectfully requested that the Court extend the deadlines (to serve Notice of Claims and to file an amended complaint) for thirty more days, up to and including July 13, 2021.

Thank you for your attention to this matter.

Respectfully submitted,

*Mushtaq Ahmad* (signature)
Mushtaq Ahmad (Plaintiff Pro Se)

**Certificate of Service**

    I, Mushtaq Ahmad, Pro Se Plaintiff, hereby certify that a copy of this letter/motion dated June 10, 2021, has been sent via mail to:

    James E. Johnson
    Corporation Counsel of the City of New York
    Attorney for DOE Defendants
    100 Church Street, Room 2-176
    New York, New York 10007

Respectfully submitted,

Dated: New City, NY
June 10, 2021

Mushtaq Ahmad (Pro Se, Plaintiff)
10 Parliament Drive.
New City, NY 10956

NEW YORK NY 100
12 JUN 2021 PM 9 L

To:

The Honorable William F. Kuntz, II
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

11201-103199

USMS

Mr. Mushtaq Ahmad
10 Parliament Dr
New City, NY 10956