# MUSHTAQ AHMAD
10 Parliament Drive, New City, NY 10956
(845)708-5837   Email: nymushtaq@gmail.com



Date: October 22, 2021

**VIA U.S. MAIL**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ahmad V. New York City Department of Education, et al.,
Docket No.: 18 CV 03494(WFK)(LB)

Dear Judge Kuntz:

Defendants' attorney Mr. Nicholas Green consented to another 30 days extension. I, the Pro Se Plaintiff, is suffering from some health issues and need more time to prepare, serve upon Defendants, and file the amended complaint.

WHEREFORE, to allow the ill pros se plaintiff prepare, serve, and file the amended complaint, it is respectfully requested that the Court extend the deadlines (to serve Notice of Claims and to file an amended complaint) up to and including November 25, 2021.

Thank you for your attention to this matter.

Respectfully submitted,

Mushtaq Ahmad (Plaintiff Pro Se)

**Certificate of Service**

 I, Mushtaq Ahmad, Pro Se Plaintiff, hereby certify that a copy of this letter/motion dated October 22, 2021, has been sent via mail to:

 Nicholas Green
 Assistant Corporation Counsel of the City of New York
 Attorney for DOE Defendants
 100 Church Street, Room 2-176
 New York, New York 10007

Dated: New City, NY
   October 22, 2021

Respectfully submitted,

*[signature]*

Mushtaq Ahmad (Pro Se, Plaintiff)
10 Parliament Drive.
New City, NY 10956

To: The Honorable William F. Kuntz, II
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Mr. Mushtaq Ahmad
10 Parliament Dr
New City, NY 10956

WESTCHESTER NY 105
25 OCT 2021 PM 1 L