

December 6, 2021

***By ECF***

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** **Mushtaq Ahmad v. New York City Department of Education, et al.**
     **Civil Action No. 18-cv-03494**

Dear Judge Kuntz:

Robert T. Reilly is the attorney of record for defendants United Federation of Teachers and New York State United Teachers ("Union Defendants"). As of November 1, 2021, I am no longer of counsel to Robert T. Reilly. I respectfully wish to withdraw as attorney in this action and to be removed from ECF notifications. Robert T. Reilly will remain attorney of record for Union Defendants. If you need further information, please contact the lead attorney for Union Defendants on this matter, Christopher Lewis, Esq.

Thank you for your attention in this matter.

Sincerely,


/s/ Michael J. Del Piano
mjdelpiano@lewisjohs.com
*Islandia Office*

cc: All appearing counsel (by ECF)

1377 Motor Parkway, Suite 400, Islandia, NY 11749 | 631.755.0101 | F 631.755.0117 | www.lewisjohs.com

New York  Long Island  Saratoga