# EXHIBIT 1

# AFFIDAVIT OF SERVICE ON ATTORNEY BY MAIL

## STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and say :

That on the 3rd day of February, 2022 he served the annexed Letter Motion to Judge Kuntz and Notice of Appearance upon :

To: Mushtaq Ahmad
10 Parliament Drive
New City, New York 10956

being the address within the State theretofore designated by him/her for that purpose, by causing to be deposited a copy of the same, enclosed in a prepaid Overnight UPS wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City

_____
George McCook

Sworn to before me this 3 day,
of February, 2022

_____
Notary Public

MARY A. SCHNEIDER
Notary Public, State of New York
Registration No. 01SC6280761
County of Queens
My Commission Expires May 13, 2025

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
14 MURRAY ST
NEW YORK ,NY 10007

UPS Access Point™
THE UPS STORE
82 NASSAU ST
NEW YORK ,NY 10038

UPS Access Point™
THE UPS STORE
71 BROADWAY
NEW YORK ,NY 10006

FOLD HERE



EXHIBIT 1