

**Office of General Counsel**
ROBERT T. REILLY
*General Counsel*

| Albany | Buffalo | New York |
|---|---|---|
| Jennifer N. Coffey | | Lena M. Ackerman |
| *Associate General Counsel* | | *Assistant General Counsel* |
| Michael S. Travinski | | Jennifer A. Hogan |
| *Associate General Counsel* | | *Associate General Counsel* |

March 14, 2022

*Via 1st Class Mail*

Mushtaq Ahmad
10 Parliament Drive
New City, New York 10956

**Re:** **Mushtaq Ahmad v. New York City Department of Education, et al.**
**Civil Action File No. 18-CV-03494(WFK)(LB)**
**Our Case No. 263218-F100**

Dear Mr. Ahmad:

In accordance with the briefing schedule set by the Court on February 28, 2022, enclosed are service copies of the following documents regarding defendants United Federation of Teachers and New York State United Teachers motion to dismiss:

(1) Notice of Motion to Dismiss the Amended Complaint;

(2) Declaration of Christopher Lewis in Support of Union Defendants' Motion to Dismiss the Complaint;

(3) Memorandum of Law in Support of Union Defendants' Motion to Dismiss the Complaint; and

(4) *Negron v. City of New York*, 2011 WL 4737068 (E.D.N.Y. 2011) (Report and Recommendation).

Very truly yours,

ROBERT T. REILLY

By: /s/ Christopher Lewis
Christopher Lewis
Of Counsel

CL/kt
Enclosures

c: Corey B. Hirsch, Esq. (via E-mail and 1st Class Mail)