



# MUSHTAQ AHMAD
10 Parliament Drive, New City, NY 10956
(845)708-5837   Email: nymushtaq@gmail.com

Date: June 30, 2020

**VIA U.S. MAIL**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ahmad V. New York City Department of Education, et al.,
Docket No.: 18 CV 03494(WFK)(LB)

Dear Judge Kuntz:

Despite my serious motor vehicle accident injuries and other illnesses, I attempted to meet the court's extended deadline of July 5, 2020, and my attempt aggravated my pains and suffering and worsened my medical situation, and forced me to see my doctors. Although the Court has been kind and has granted numerous extensions, yet I am still forced to respectfully seek another and possibly the last extension for 30 days on the following grounds.

1- I attempted to meet the Court's extended July 5, 2020 deadline, but the stress aggravated my headache, neck, shoulder, and arm pains, and made my health issues worse than before and forced me to stop the work and see my doctor. [See Ex. 1, Doctors letter, attached hereto]
2- I am still under the treatment of a Physiotherapist as well. [See Ex. 2, Physiotherapist letter, attached hereto]
3- Excruciating neck pain, headache, and the radiating pain through shoulders and arms are preventing me from concentrating and focusing on doing the legal paperwork. [See Ex. 3, P 1-2, a medical report prepared by Doctor Marc J. Rosenblatt, attached hereto]
4- Excruciating neck pain, headache, and the radiating pain through shoulders and arms are preventing me from concentrating and focusing on doing the legal paperwork. [See Ex. 4, P 1-2, MRI Exam report of my cervical spine, attached hereto]
5- Excruciating neck pain, headache, and the radiating pain through shoulders and arms are preventing me from concentrating and focusing on doing the legal paperwork. [See Ex. 5, P 1-2, MRI Exam report of my left shoulder, attached hereto]

WHEREFORE, in light of the foregoing, Plaintiff respectfully requests that Court extend the deadline for injured and ill Pro Se Plaintiff up to and including August 5, 2020, to file the memorandum in opposition to Defendants' Rule 12 motion to dismiss.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

Mushtaq Ahmad (Plaintiff Pro Se)


**Note:** The Court is also respectfully requested not to put my medical record on the docket for public view. **[kindly keep my MRI and other reports confidential and should not be uploaded for public perusal or view]**