UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MUSHTAQ AHMAD,

                                Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
(DOE); et al.,

                              Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF ASSISTANT CORPORATION COUNSEL COREY B. HIRSCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

No. 18-CV-3494 (WFK)(LB)

       **Corey B. Hirsch**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

       1.     I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Education ("DOE"), Chancellor Carmen Fariña, Superintendent Michael Prayor, James Olearchik, Emilie Mittiga, Catrina Williams, Cedric Hall, Benjamin Grossman, Katherine G. Rodi, Kelly Houston, and Julia Findley (collectively, "DOE Defendants"), in the above referenced action.

       2.     I submit this declaration in order to place before the Court documents in support of DOE Defendants' Motion to Dismiss the Amended Complaint pursuant to Federal Civil Procedure Rule 12.

       3.     Annexed hereto are documents which Plaintiff has incorporated into the Complaint by reference or documents of which the Court may take judicial notice. The documents annexed hereto are:

       **Exhibit A:**    Verified Petition in *Matter of Mushtaq Ahmad v. Chancellor Carmen Fariña et al.*, NYSED No. 17542, dated October 17, 2017.

**Exhibit B:**   Determination of Commissioner of Education of the State of New York, in *Matter of Mushtaq Ahmad v. Chancellor Carmen Fariña et al.*, NYSED No. 17542, dated December 3, 2018.

**Exhibit C:**   Chancellor's Regulation C-205.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         March 14, 2022

                                                    */s/ Corey B. Hirsch*
                                                    Corey B. Hirsch
                                                    Assistant Corporation Counsel